# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563 - 9884 | FAX: (212) 563 - 9870 | WEBSITE: www.samuelandstein.com

| | | |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | January 15, 2020 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/16/2020
```

Re: **Cali v. Librettos on 3rd Inc. d/b/a Libretto's Pizzeria**
*Docket No. 19-cv-10592 (LTS)(KHP)*

Dear Magistrate Judge Parker:

We represent plaintiff Cali in the above-referenced matter and write, pursuant to Your Honor's January 14, 2020, Initial Case Management Conference Order, to request an adjournment *sine die* of the March 23, 2020, at 10:15 a.m., initial conference, as well as of all other deadlines and orders in regard thereto. The reason for our request is that defendant Librettos on 3rd Inc. has failed to interpose an Answer to plaintiff's Complaint, and, accordingly, Judge Swain today issued an Order granting us permission to pursue a default judgment against it. (Dkt. No. 12). We already have obtained a Clerk's Certificate of Default (Dkt. No. 8), and we have filed an Affidavit of Service (Dkt. No. 5).

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

*/s/ David Stein*
David Stein

01/16/2020

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.