USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

WILFRIDO CALI, and on behalf of himself and all other persons similarly situated,

                    Plaintiffs,

      -v-

LIBRETTOS ON 3RD INC. ET AL,

                    Defendants.

---------------------------------------------------------------------X

19-cv-10592 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      This case has been randomly reassigned to me for all purposes. The Court is in receipt of Plaintiff's Certificate of Default from the Clerk's Office (Dkt. No. 8). It is hereby:

      ORDERED that Plaintiff consult the Court's Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-lewis-j-liman, and, pursuant to that document, file a Motion for Default Judgment on ECF. As specified in Attachment A to the Individual Practices, Plaintiff should not proceed by order to show cause. The Motion should specify whether Plaintiff seeks default judgment only on behalf of only himself or also on behalf of any other persons similarly situated.

  Plaintiff shall file the motion by February 28, 2020.

  SO ORDERED.

Dated: February 14, 2020
       New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge