# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563 - 9884 | FAX: (212) 563 - 9870 | WEBSITE: www.samuelandstein.com

| | | |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | July 14, 2020 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.
07/15/2020

Re:     **Cali v. Librettos on 3rd Inc. d/b/a Libretto's Pizzeria**
         *Docket No. 19-cv-10592 (LJL)(KHP)*

Dear Magistrate Judge Parker:

<u>We represent plaintiff Wilfrido Cali in the above-referenced matter, and we write jointly with defendants' counsel, Daniel W. Isaacs, Esq., to request an adjournment *sine die* of the July 16, at 12:30 p.m., telephone status conference</u>.  The reason for the request is that the parties have reached an agreement in principle to settle the case and are now working on settlement papers.  This is the parties' first such request.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions.

Respectfully submitted,

*[signature]*
David Stein

cc: Daniel W. Isaacs, Esq. (via ECF)