**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Wilfrido Cali, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>– vs. –<br><br>Librettos on 3rd Inc. d/b/a Libretto's Pizzeria and John Does #1-10,<br><br>Defendants. | DOCKET NO. 19-cv-10592 (LJL) (KHP)<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 27, 2020; and Defendant Librettos on 3rd Inc. d/b/a Libretto's Pizzeria having offered Plaintiff Wilfrido Cali to take a judgment against it; it is

**ORDERED and ADJUDGED** THAT Judgment is entered in favor of Plaintiff Wilfrido Cali and against Defendant Librettos on 3rd Inc. d/b/a Libretto's Pizzeria in the sum of $25,000 (Twenty-Five Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated:   July _____, 2020

_____
Hon. Lewis J. Liman, U.S.D.J.